COMMONWEALTH of Pennsylvania, Respondent,

v.

Abdul M. ZHAHIR, Petitioner.

Supreme Court of Pennsylvania.

June 9, 1999.

L. Roy Zipris, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 9th day of June, 1999, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Did the trial and Superior Courts err in justifying the police search pursuant to the plain touch doctrine?